**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| **ANDREW I. KOSSMAN** ) | NO. 16-14493-jkf |
| Debtor ) | Chapter 13 |
| ) | |
| **ANDREW I. KOSSMAN** ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| **21st MORTGAGE CORPORATION** ) | |
| Defendant ) | |

### PRAECIPE TO WITHDRAW OBJECTIONS TO CHAPTER 13 PLAN AND CONFIRMATION, FILED BY SANTANDER BANK, N.A.

AND NOW, this 20th day of April, 2017, 21st Mortgage Corporation, hereby requests to withdraw, without prejudice, it's Objections to the Debtor's Chapter 13 Plan and Confirmation which were filed on September 8, 2016 (Document #16).

Dated: April 20, 2017          */s/ Thomas A. Capehart, Esquire*
                              Thomas A. Capehart, Esquire
                              Attorney for 21st Mortgage Corporation
                              Attorney I.D. No. 57440