United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew I. Kossman  
    Debtor

Case No. 16-14493-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: PaulP | Page 1 of 1 | Date Rcvd: Jul 31, 2017 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13863639      E-mail/Text: bankruptcy.bnc@ditech.com Aug 01 2017 01:48:27
    Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
    Rapid City, South Dakota 57709-6154
                                                                                                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:
      JOHN M. KENNEY   on behalf of Debtor Andrew I. Kossman jken330@comcast.net,  Kathy@jkenneylaw.com
      JOHN M. KENNEY   on behalf of Plaintiff Andrew I. Kossman jken330@comcast.net,
       Kathy@jkenneylaw.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
       bkgroup@kmllawgroup.com
      THOMAS A. CAPEHART   on behalf of Defendant   21stMortgage Corporation JKacsur@grossmcginley.com,
       ehutchinson@grossmcginley.com
      THOMAS A. CAPEHART   on behalf of Creditor c/o Thomas Capehart   21st Mortgage Corporation
       JKacsur@grossmcginley.com,   ehutchinson@grossmcginley.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                                      TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14493-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Andrew I. Kossman
6360 Congress Court
Bensalem PA 19020

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/28/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 3: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | Wilmington Savings Fund Society, FSB 120 South Sixth Street,#2100,Minneapolis |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/02/17

Tim McGrath
**CLERK OF THE COURT**