United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14493-elf
Andrew I. Kossman                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jan 19, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Andrew I. Kossman,    6360 Congress Court,    Bensalem, PA 19020-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
          JOHN M. KENNEY    on behalf of Plaintiff Andrew I. Kossman jken330@comcast.net,
           Kathy@jkenneylaw.com
          JOHN M. KENNEY    on behalf of Debtor Andrew I. Kossman jken330@comcast.net,   Kathy@jkenneylaw.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           KMcDonald@blankrome.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          THOMAS A. CAPEHART    on behalf of Defendant   21stMortgage Corporation JKacsur@grossmcginley.com,
           ehutchinson@grossmcginley.com
          THOMAS A. CAPEHART    on behalf of Creditor c/o Thomas Capehart  21st Mortgage Corporation
           JKacsur@grossmcginley.com,   ehutchinson@grossmcginley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : CHAPTER 13

ANDREW I. KOSSMAN                         :

      Debtor(s)                          : NO. 16-14493-elf

## <u>ORDER</u>

      **AND NOW,**  upon consideration of the Application for Compensation ("the Application")

filed by the Debtor(s)' counsel ("the Applicant") and upon Applicant's certification that proper

service has been made on all interested parties and upon the Applicant's certification of no

response,

      It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,950.00**

3.  The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an

    administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C.

    §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less

    **$1,500.00** which was paid by the Debtor(s) prepetition to the extent such distribution is

    authorized under the terms of the confirmed chapter 13 plan.


Date:_1/19/18_____                    _____
                                               **ERIC L. FRANK**
                                               **CHIEF U.S. BANKRUPTCY JUDGE**