IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| ANDREW I. KOSSMAN | : Case No. 16-14493-elf |
| Debtor | : |

## **PRAECIPE TO WITHDRAW**

Kindly withdraw document 50 Response to Motion for Relief from Stay which was filed in the above matter on January 24, 2018.

Date: June 4, 2018

/s/ John M. Kenney_____
John M. Kenney, Esquire
308 N. Oxford Valley Road
Fairless Hills, PA 19030
(215) 547-3031
Attorney for Debtor,
Patrick Michael Boyle