# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 16-14493-ELF

ANDREW I KOSSMAN

6360 CONGRESS COURT

BENSALEM, PA 19020

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDREW I KOSSMAN

    6360 CONGRESS COURT

    BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

Date: 6/5/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee