# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew I. Kossman<br>　　　　　Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　Movant<br>　vs.<br>Andrew I. Kossman<br>　　　　　Debtor(s)<br>William C. Miller<br>　　　　　Trustee | NO. 16-14493 ELF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this  6th  day of  June , 2018, upon withdrawal of the Debtor's response, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is granted, and the automatic stay under Section 362 Title 11 of the United States Code, is modified as to Movant, with respect to the subject premises located at 6360 Congress Court, Bensalem, PA 19020 ("Property"), to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the mortgage on the Property, including but not limited to the right to foreclose on the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**