United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew I. Kossman  
    Debtor

Case No. 16-14493-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 06, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db          +Andrew I. Kossman,   6360 Congress Court,   Bensalem, PA 19020-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
         JOHN M. KENNEY    on behalf of Debtor Andrew I. Kossman jken330@comcast.net, Kathy@jkenneylaw.com
         JOHN M. KENNEY    on behalf of Plaintiff Andrew I. Kossman jken330@comcast.net,
          Kathy@jkenneylaw.com
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          bkgroup@kmllawgroup.com
         THOMAS A. CAPEHART    on behalf of Defendant    21stMortgage Corporation JKacsur@grossmcginley.com,
          ehutchinson@grossmcginley.com
         THOMAS A. CAPEHART    on behalf of Creditor c/o Thomas Capehart    21st Mortgage Corporation
          JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                         TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrew I. Kossman<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　　Movant<br>　　vs.<br>Andrew I. Kossman<br>　　　　　　　　Debtor(s)<br>William C. Miller<br>　　　　　　　　Trustee | NO. 16-14493 ELF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 6th day of June, 2018, upon withdrawal of the Debtor's response, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is granted, and the automatic stay under Section 362 Title 11 of the United States Code, is modified as to Movant, with respect to the subject premises located at 6360 Congress Court, Bensalem, PA 19020 ("Property"), to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the mortgage on the Property, including but not limited to the right to foreclose on the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**