United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-14493-elf
Andrew I. Kossman                                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                  Page 1 of 2                  Date Rcvd: Jul 18, 2018
                              Form ID: pdf900              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.
```
db            +Andrew I. Kossman,    6360 Congress Court,    Bensalem, PA 19020-1905
cr             c/o Thomas Capehart 21st Mortgage Corporation,    Gross McGinley, LLP,    33 South Seventh Street,
                 PO Box 4060,    Allentown, PA  18105-4060
13764370      +Ars Account Resolution,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
13749802       Ars Account Resolution,    PO Box 459079,    Sunrise, FL 33345-9079
13749804      +Bucks County Prothonotary,    100 N. Main Street,    Doylestown, PA 18901-3711
13764374       Health Network Laboratories,    PO Box 8500, Lockbox #9581,    Philadelphia, PA 19178-8500
13764375       Holy Redeemer Hospital,    PO Box 781728,    Philadelphia, PA 19178-1728
13764376       Mid Atlantic Retina Practice,    PO Box 972,    Bryn Mawr, PA 19010-0972
13749806      +Peco Energy Co,    PO Box 13439,    Philadelphia, PA 19101-3439
13749807      +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard Suite 1400,
                 Philadelphia, PA 19103-1814
13764381      +Servco FCU,    648 W. Street Rd,    Feasterville Trevose, PA 19053-5963
13764382       St. Mary Medical Center,    PO Box 822679,    Philadelphia, PA 19182-2679
13764383      +Suburban Ortho Specialists,    283 2nd Street Pike, Suite 120,    Southampton, PA 18966-3823
13749809      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 19 2018 02:13:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13768066       Fax: 800-813-8164 Jul 19 2018 02:40:07      21st Mortgage Corporation,    P.O. Box 477,
                 Knoxville TN 37901
13749801       Fax: 800-813-8164 Jul 19 2018 02:40:07      21st Mortgage Corp,    620 Market St One Cntr Square,
                 Knoxville, TN 37902
13749803      +E-mail/Text: banko@berkscredit.com Jul 19 2018 02:12:52      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13764373       E-mail/Text: clientrep@capitalcollects.com Jul 19 2018 02:13:41      Capital Collection Services,
                 PO Box 150,    West Berlin, NJ 08091-0150
13829126       E-mail/Text: bankruptcy.bnc@ditech.com Jul 19 2018 02:12:52
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13749805      +Fax: 407-737-5634 Jul 19 2018 02:40:07      Ocwen Loan Servicing L,
                 1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
13774781      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 19 2018 02:12:52     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13749808      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:18:34
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13749810      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2018 02:12:43
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13958371       Wilmington Savings Fund Society, FSB,   120 South Sixth Street,#2100,Minneapolis
13764386*      21st Mortgage Corp,    620 Market St One Cntr Square,    Knoxville, TN 37902
13764369*      21st Mortgage Corp,    620 Market St One Cntr Square,    Knoxville, TN 37902
13764387*      Ars Account Resolution,    PO Box 459079,    Sunrise, FL 33345-9079
13764389*     +BUCKS COUNTY PROTHONOTARY,    100 N. Main Street,    Doylestown, PA 18901-3711
13764372*     +BUCKS COUNTY PROTHONOTARY,    100 N. Main Street,    Doylestown, PA 18901-3711
13764388*     +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13764371*     +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13764390*      Capital Collection Services,    PO Box 150,    West Berlin, NJ 08091-0150
13863639*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13764391*      Health Network Laboratories,    PO Box 8500, Lockbox #9581,    Philadelphia, PA 19178-8500
13764392*      Holy Redeemer Hospital,    PO Box 781728,    Philadelphia, PA 19178-1728
13764393*      Mid Atlantic Retina Practice,    PO Box 972,    Bryn Mawr, PA 19010-0972
13764377*     +Ocwen Loan Servicing L,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
13764394*     +Ocwen Loan Servicing L,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
13764378*     +Peco Energy Co,    PO Box 13439,    Philadelphia, PA 19101-3439
13764395*     +Peco Energy Co,    PO Box 13439,    Philadelphia, PA 19101-3439
13764379*     +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard Suite 1400,
                 Philadelphia, PA 19103-1814
13764396*     +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard Suite 1400,
                 Philadelphia, PA 19103-1814
13764380*     +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13764397*     +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13764398*     +Servco FCU,    648 W. Street Rd,    Feasterville Trevose, PA 19053-5963
13764399*      St. Mary Medical Center,    PO Box 822679,    Philadelphia, PA 19182-2679
```

```
District/off: 0313-2           User: PaulP                  Page 2 of 2                   Date Rcvd: Jul 18, 2018
                               Form ID: pdf900              Total Noticed: 26

           ***** BYPASSED RECIPIENTS (continued) *****
13764400*     +Suburban Ortho Specialists,    283 2nd Street Pike, Suite 120,    Southampton, PA 18966-3823
13764384*     +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13764401*     +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13764385*     +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13764402*     +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                               TOTALS: 1, * 27, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Debtor Andrew I. Kossman jken330@comcast.net,    Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Plaintiff Andrew I. Kossman jken330@comcast.net,
               Kathy@jkenneylaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              THOMAS A. CAPEHART    on behalf of Defendant    21stMortgage Corporation JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              THOMAS A. CAPEHART    on behalf of Creditor c/o Thomas Capehart    21st Mortgage Corporation
               JKacsur@grossmcginley.com,    ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW I KOSSMAN                                Chapter 13

                        Debtor           Bankruptcy No. 16-14493-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 18, 2018**                    _____
                                            Eric L. Frank
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-


Debtor:
ANDREW I KOSSMAN

6360 CONGRESS COURT

BENSALEM, PA 19020